UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

MONROE L. COLEMAN,            )
                              )
          Plaintiff,          )
                              )
     vs.                      )        2:11-cv-261-JMS-MJD
                              )
HELEN MARBERRY, et al.,       )
                              )
          Defendants.         )

**Entry Concerning Selected Matters**

**I.**

The plaintiff's motion for an extension of time to file a third amended complaint [42] is **granted.** The third amended complaint filed on December 12, 2011, is considered timely filed.

**II.**

The Entry of November 23, 2011, directed plaintiff Coleman to file a third amended complaint asserting only claims against the Terre Haute defendants (a term defined in the Entry of November 23, 2011). Coleman has filed a third amended complaint, but has raised claims against a variety of defendants including employees of the USP-McCreary. Coleman's third amended complaint asserts claims pursuant to the theory recognized in *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 38(1971).

Additionally, the third amended complaint does not set forth any claim or claims that properly join all defendants. Joinder of the defendants into one action is proper only Aif there is asserted against them jointly, severally, or in the alternative, any right to relief in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all defendants will arise in the action.@ Fed.R.Civ.P. 20(a). "Unrelated claims against different defendants belong in different suits. . . .@ *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007). The third amended complaint violates the joinder of claims

limitation of the *Federal Rules of Civil Procedure*. The violation here consists of the diversity of claims against the multitude of defendants. Pursuant to *George,* therefore, the third amended complaint is "rejected." 507 F.3d at 607.

### III.

Coleman shall have **through February 21, 2012,** in which to file a **fourth amended complaint** incorporating only properly related claims—properly asserted in relation to both directions in the Entry of November 23, 2011, and Rule 18(a) of the *Federal Rules of Civil Procedure.*

### IV.

A copy of the third amended complaint shall be included with the plaintiff's copy of this Entry.

Proceedings other than as specified above are **stayed** until further order.

If an amended complaint is filed as directed in Part III of this Entry, the court will screen it as required by 28 U.S.C. ' 1915A. If no amended complaint is filed as directed in Part III of this Entry, the action will be dismissed in its entirety without further notice to the plaintiff.

**IT IS SO ORDERED.**

Date: 01/23/2012

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MONROE L. COLEMAN
01723-016
MCCREARY
U.S. PENITENTIARY
Inmate Mail/Parcels