# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| MONROE L. COLEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:11-cv-261-JMS-MJD |
| | ) | |
| HELEN MARBERRY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## Order Severing Misjoined Claims and
## Directing the Opening of New Civil Action

### I.

In *George v. Smith*, 507 F.3d 605, 607 (7th Cir. 2007), the Court of Appeals explained that A[u]nrelated claims against different defendants belong in different suits.@ In this case, the fourth amended complaint violates the joinder of claims limitation of Rule 20(a) of the *Federal Rules of Civil Procedure.* Specifically, Coleman=s claim of unconstitutional medical care provided by defendant Ms. Ndfie (pages 1-2 of the fourth amended complaint) is distinct from the claims alleged against the other defendants (related to the loss of personal property, improper disciplinary reports, racial discrimination and harassment). The former claim is improperly joined in one action with the latter.

In such a situation, A[t]he court may . . . sever any claim against a party.@ FED. R. CIV. P. 21. Such action is warranted in this instance given the court's repeated attempts to assist the plaintiff in producing a complaint which complies with the *Federal Rules of Civil Procedure.*

### II.

### A.

Consistent with the foregoing, the claim of unconstitutional medical care provided by Ms. Ndfie is severed from the remaining portion of the action.

### B.

To effectuate the ruling in Part II.A. of this Entry, the following steps shall be taken:

1.      The clerk shall **open a new civil action** from the Terre Haute Division. The newly opened action shall consist of the claim of unconstitutional medical care provided by Ms. Ndfie.

2.      The complaint in the newly opened action shall consist of the following four document pages in the following order:  703, 704, 712, and 713.

a.      The plaintiff is the plaintiff in the newly opened action.

b.      The sole defendant the newly opened action Ms. Ndfie.

3.      The nature of suit of the newly opened action is 555 and the cause of action code is 28:1331b. The assignment of judicial officers shall be by random draw.

4.      A **copy of this Entry** shall also be docketed in the newly opened action, which the clerk may note on the docket in this case as a linked action.

**III.**

Consistent with the determination and rulings made in this Entry, the claim severed from this action is **dismissed without prejudice**. Andrew Ndfie, who the court treats as a misnomer for the defendant Ms. Ndfie referred to in this Entry, **shall be terminated** as a defendant in this action.

**IT IS SO ORDERED.**

Date:   09/10/2012

_Jane Magnus-Stinson_
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

MONROE L. COLEMAN
01723-016
McCREARY
U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. Box 3000
Pine Knot, KY 42635